DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONNA L. BAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONNA L. BAIR, <br><br> Defendant. | No. 1:07-mj-00220 DLB <br><br> *EX PARTE* APPLICATION FOR ORDER FOR RELEASE OF MATERIAL AND INFORMATION RELATING TO DEFENDANT BY UNITED STATES PROBATION OFFICE UNDER PROTECTIVE ORDER; <br><br> PROTECTIVE ORDER AND ORDER FOR RELEASE OF MATERIAL AND INFORMATION UNDER PROTECTIVE ORDER <br><br> Hon. Sandra M. Snyder |

### *EX PARTE* APPLICATION FOR RELEASE OF INFORMATION

Pursuant to the Court's instruction at hearing held August 28, 2008, before the Honorable Sandra M. Snyder, Defendant hereby makes *ex parte* application for release to counsel for defendant, pursuant to the terms of the protective order set forth below of the United States Probation Office file(s) including any and all notes, documents or reports which concern, refer or relate to Donna Bair, including but not limited to any notes, documents or reports of any communications to or from Ms. Bair's federal probation officer, federal case manager or Turning Point.

### PROPOSED PROTECTIVE ORDER

1. The United States Probation Office for the Eastern District of California shall provide to defendant's counsel one (1) copy of the material and information in its custody and/or control relating to defendant Donna Bair, specifically including any and all notes, documents or reports which concern, refer

or relate to Donna Bair, including but not limited to any notes, documents or reports of any communications to or from Ms. Bair's federal probation officer, federal case manager or Turning Point.

2. The records may be used, copied, reproduced, or disseminated by counsel solely subject to the terms of this protective order.

3. The records shall be kept by undersigned counsel in a secured location, accessible only to undersigned counsel.  The following individuals may examine this material: (1) undersigned counsel; (2) Ms. Bair, (3) any defense investigator or paralegal assigned to assist with Ms. Bair's defense in this matter; and (4) any experts retained by Ms. Bair to assist in the defense of the case.

4. The records shall be maintained by undersigned counsel and used by counsel and any members of his staff and/or expert witness(es) solely and exclusively in connection with this case and for no other purpose.

5. The parties reserve the right to seek to modify this protective order and to object to any modification of this protective order should an issue arise.

6. A copy of this protective order shall be kept with the records at all times.

Respectfully submitted,

DANIEL J. BRODERICK
FEDERAL DEFENDER

DATED:  September 3, 2008          /s/  Marc Days
                                   MARC DAYS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   DONNA L. BAIR

**ORDER FOR RELEASE OF MATERIAL/INFORMATION
PURSUANT TO PROTECTIVE ORDER**

Having read Defendant's foregoing *Ex Parte* Application for Order for Release of Material and Information by the United States Probation Office relating to defendant, and the Proposed Protective Order, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The United States Probation Office for the Eastern District of California shall provide to defendant's counsel one (1) copy of the material and information in its custody and/or control relating to

*EX PARTE* Application for Order for Release of Material
and Information Relating to Defendant by U. S. Probation
Office UNDER PROTECTIVE ORDER; [PROPOSED] ORDER      2

1   defendant Donna Bair, specifically including any and all notes, documents or reports which concern, refer
2   or relate to Donna Bair, including but not limited to any notes, documents or reports of any
3   communications to or from Ms. Bair's federal probation officer, federal case manager or Turning Point.
4       2.  The records may be used, copied, reproduced, or disseminated by counsel solely subject to the
5   terms of this protective order.
6       3.  The records shall be kept by undersigned counsel in a secured location, accessible only to
7   undersigned counsel.  The following individuals may examine this material: (1) undersigned counsel;
8   (2) Ms. Bair, (3) any defense investigator or paralegal assigned to assist with Ms. Bair's defense in this
9   matter; and (4) any experts retained by Ms. Bair to assist in the defense of the case.
10      4. The records shall be maintained by undersigned counsel and used by counsel and any
11  members of his staff and/or expert witness(es) solely and exclusively in connection with this case and
12  for no other purpose.
13      5. The parties reserve the right to seek to modify this protective order and to object to any
14  modification of this protective order should an issue arise.
15      6. A copy of this protective order shall be kept with the records at all times.

IT IS SO ORDERED.

**Dated:   September 3, 2008**                    /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

*EX PARTE* Application for Order for Release of Material
and Information Relating to Defendant by U. S. Probation
Office UNDER PROTECTIVE ORDER; [PROPOSED] ORDER        3