UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONNA L. BAIR,<br><br>        Defendant.<br>_____/ | 1:07-mj-00220-DLB<br><br>**ORDER VACATING ORDER RE: EX PARTE APPLICATION FOR RELEASE OF MATERIAL AND INFORMATION RELATING TO DEFENDANT BY UNITED STATES PROBATION OFFICE UNDER PROTECTIVE ORDER**<br>(Doc. 14) |

Early on September 4, 2008, the Court issued an order granting Defendant Donna Bair's *ex parte* application for an order for release of material and information by the United States Probation Office (Doc. 14). Upon further reflection and information, the Court's order is hereby VACATED in its entirety, pending further review by the undersigned.

IT IS SO ORDERED.

**Dated:   September 4, 2008**              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE

1