IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:07-MJ-00220 DLB |
| vs. | ) | ORDER OF RELEASE |
| DONNA L. BAIR, | ) | |
| Defendant. | ) | |

The above named defendant, Donna L. Bair, having been sentenced on October 22, 2008 for Violation of Probation.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED:   10/22/2008

                                        /s/ Sandra M. Snyder
                                        SANDRA M. SNYDER,
                                        U.S. MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1